THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEROME MOORE, Appellant. [919 NYS2d 457]—

Concur—Mazzarelli, J.P., Sweeny, DeGrasse, Freedman and Abdus-Salaam, JJ.